# LAW OFFICE OF RUDY A. DERMESROPIAN

**Rudy A. Dermesropian**
rad@dermesropianlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/29/2021

www.dermesropianlaw.com

**Affiliate Office:**
Skillman, NJ

December 29, 2021

**Via ECF**
The Honorable Stewart D. Aaron, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1970
New York, NY 10007

> Application GRANTED. The Initial Pretrial Conference scheduled for January 5, 2022 is adjourned *sine die*.
> SO ORDERED.
> Dated: December 29, 2021

Re:     *Orelma Matthew v. Texas Comptroller of Public Accounts, et al.*
        **Case No.: 21-cv-5337(JPC)**

Dear Magistrate Judge Aaron,

This office represents the Plaintiff, Orelma Matthew, in the above-referenced matter. A telephonic Initial Pre-Trial Conference is scheduled for January 5, 2022 at 11:00 a.m. before Your Honor, and a Report of Rule 26(f) Meeting and Proposed Case Management Plan is due to be filed one week prior to conference (i.e., December 29, 2021) [see Dkt. No. 13]. However, Defendants' partial motion to dismiss filed on October 22, 2021 is still pending before the Court [see Dkt. No. 10], and the parties believe that the outcome of the motion may impact discovery particularly if certain defendants are dismissed from this action.

Accordingly, the parties jointly submit this letter pursuant to Rule 3.B respectfully requesting an adjournment of the Initial Pre-Trial Conference and filing of the Rule 26(f) Report to a date after the foregoing motion is decided. This is the parties' first request for an adjournment of the Initial Pre-Trial Conference. We appreciate the Court's time and attention to this matter.

Respectfully submitted,

*/s/ Rudy A. Dermesropian*

Rudy A. Dermesropian
Managing Member

cc:     Drew L. Harris, Esq. (via email and ECF)