UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__11/1/2022__
```

Orelma Matthew,

                    Plaintiff,

        -against-

Texas Comptroller of Public Accounts et al.,

                    Defendants.

1:21-cv-05337 (JPC) (SDA)

**RULE 502(d) ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

It is hereby ORDERED as follows:

1.  The production of privileged or work-product protected documents, electronically stored information ("ESI") or other information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

2.  Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or other information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

**SO ORDERED.**

Dated:      New York, New York
            November 1, 2022

_____
STEWART D. AARON
United States Magistrate Judge