```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/1/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Orelma Matthew,

                Plaintiff,

-against-

Texas Comptroller of Public Accounts et al.,

                Defendants.

1:21-cv-05337 (JPC) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

It is hereby Ordered that the parties shall file a joint letter regarding the status of discovery on March 3, 2023.

**SO ORDERED.**

DATED:    New York, New York
              February 1, 2023

_____
STEWART D. AARON
United States Magistrate Judge