USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/1/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Orelma Matthew,

                    Plaintiff,

-against-

Texas Comptroller of Public Accounts et al.,

                    Defendants.

1:21-cv-05337 (JPC) (SDA)

ORDER FOR
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    The parties are directed to appear for a telephone conference on Thursday, March 9, 2023, at 3:00 p.m. to discuss the Joint Letter Motion filed at ECF No. 26. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:    New York, New York
               March 1, 2023

_____
STEWART D. AARON
United States Magistrate Judge